**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER
Nevada Bar No. 7332
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009
Email: mfeder@dickinson-wright.com
Email: gblumberg@dickinson-wright.com

*Attorneys for Defendant
Cox Communications*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JONALETTE MALLARI,<br><br>      Plaintiff,<br><br>vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., COX COMMUNICATIONS LAS VEGAS, INC., AT&T SERVICES, INC. AND BACKGROUNDCHECK.COM LLC,<br><br>      Defendants. | Case No. 2:22-cv-01365-CDS-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COX COMMUNICATIONS TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES UNDER THE FRCA, 15 U.S.C. § 1681**<br><br>**[FIRST REQUEST]** |

Defendant Cox Communications ("Cox"), by and through its attorneys, Dickinson Wright PLLC, and Plaintiff Jonalette Mallari ("Plaintiff"), by and through Plaintiff's attorneys, Kind Law and Freedom Law Firm, stipulate and agree as follows:

1.  Plaintiff's Complaint for Damages under FCRA, 15 U.S.C. § 1681 was filed on August 23, 2022, [ECF 1], (the "Complaint").

2.  Plaintiff served Cox on August 25, 2022.



3. Cox's deadline to respond, move or otherwise pleads to the Complaint is September 15, 2022.

4. Plaintiff and Defendant have agreed that Cox shall have up to an including October 21, 2022, to respond, move or otherwise pleads to the Complaint.

5. The request for an extension is so that Cox can review its records pertaining to the allegations in the Complaint.

6. This is the first stipulation between Plaintiff and Cox to extend the time for Cox to respond, move or otherwise plead to the Complaint and it is not being entered into for purposes of any delay.

Dated: August 31st, 2022.

**KIND LAW**

/s/: Michael Kind
MICHAEL KIND
Nevada Bar No. 13903
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123
Tel: (702) 337-2322
Fax: (702) 329-5881
Email: mk@kindlaw.com

GEORGE HAINES
Nevada Bar No. 9411
GERARDO AVALOS
FREEDOM LAW FIRM
Nevada Bar No. 15171
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
Tel: (702) 880-5554
Fax: (702) 385-5518
Email: Chaines@freedomlegalteam.com
Email: Gavalos@freedomlegalteam.com
*Attorneys for Plaintiff Jonalette Mallari*

Dated: August 31st, 2022.

**DICKINSON WRIGHT PLLC**

/s/: Michael N. Feder
MICHAEL N. FEDER
Nevada Bar No. 7332
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009
Email: mfeder@dickinson-wright.com
Email: gblumberg@dickinson-wright.com

*Attorneys for Defendant*
*Cox Communications*

**ORDER**

IT IS SO ORDERED.

DATED: _____September 1_____, 2022

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 31st of August, 2022, she caused a copy of **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COX COMMUNICATIONS TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES UNDER THE FRCA, 15 U.S.C. § 1681** to be served electronically to all parties of interest through the Court's *CM/ECF system* as follows:

Michael Kind
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123

George Haines
Gerard Avalos
**FREEDOM LAW GROUP**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada  89123
Tel: (702) 880-5554
Email: Ghaines@freedomlegalteam.com
Email: Gavalos@freedomlegalteam.com

*Attorneys for Plaintiff Jonalette Mallari*

                                                                                   */s/: Dianne Kelling*
                                                                                    An Employee of Dickinson Wright PLLC

