WRIGHT, FINLAY & ZAK, LLP
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, DIRECTV, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JONALETTE MALLARI,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., COX COMMUNICATIONS LAS VEGAS, INC., AT&T SERVICES, INC. AND BACKGROUNDCHECKS.COM LLC,<br><br>Defendants. | Case No.: 2:22-cv-01365-CDS-DJA<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Defendant, DIRECTV, LLC (incorrectly named AT&T Services, Inc.) ("Defendant") (collectively "Parties"), by and through its counsel of record, hereby moves as follows:

On August 23, 2022, Plaintiff filed his Complaint [ECF No. 1]. Defendant was served with Plaintiff's Complaint on August 25, 2022. The deadline for Defendant to respond to Plaintiff's Complaint is September 15, 2022. The Parties have discussed extending the deadline for Defendant to respond to Plaintiff's Complaint to allow for better investigation of the allegations and discuss possible resolution of the matter. Defendant received consent for an extension via an email dated September 13, 2022, and sent a draft of a Joint Motion to Defendant on September 15, 2022, but Defendant did not receive a response from Plaintiff as to whether Defendant could include Plaintiff's counsel's signature to the joint motion.

Therefore, Defendant moves to extend the deadline for Defendant to file its responsive pleading to Plaintiff's Complaint to October 17, 2022.

This is the first motion for an extension of time for Defendant to file its responsive

1  pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to
2  any other party.
3      As part of this motion, Defendant agrees to participate in any Rule 26(f) conference that
4  occurs during the pendency of this extension.
5      DATED this 15th day of September, 2022.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez*
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant, DIRECTV, LLC*

    IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 16, 2022

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I served the foregoing **UNOPPOSED MOTION TO EXTEND TIME TO RESOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** on the 15th day of September, 2022, to all parties on the CM/ECF service list.

*/s/ Jason Craig*
An Employee of WRIGHT, FINLAY & ZAK, LLP