WRIGHT, FINLAY & ZAK, LLP
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, DIRECTV, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JONALETTE MALLARI,<br><br>          Plaintiff,<br><br>     vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., COX COMMUNICATIONS LAS VEGAS, INC., AT&T SERVICES, INC. AND BACKGROUNDCHECKS.COM LLC,<br><br>          Defendants. | Case No.: 2:22-cv-01365-CDS-DJA<br><br>**JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** |

Plaintiff, Jonalette Mallari ("Plaintiff"), and Defendant, DIRECTV, LLC ("Defendant") (collectively "Parties"), by and through their counsel of record, hereby moves as follows:

On August 23, 2022, Plaintiff filed his Complaint [ECF No. 1]. Defendant was served with Plaintiff's Complaint on August 25, 2022.  The original deadline for Defendant to respond to Plaintiff's Complaint was September 15, 2022. On September 16, 2022, the Court granted Defendant's Unopposed Motion to Extend Deadline to Respond to Plaintiff's Complaint, which was set October 17, 2022, as the new deadline [ECF No. 11]. The Parties have discussed extending the deadline for Defendant to respond to Plaintiff's Complaint to allow for better investigation of the allegations and discuss possible resolution of the matter.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Defendant to file their responsive pleading to Plaintiff's Complaint to November 7, 2022.

This is the second motion for an extension of time for Defendant to file their responsive pleading. The parties are actively discussing settlement.  In the event the parties cannot resolve the

1  case, it is anticipated that they will stipulate to remove the case to arbitration.  The extension is
2  requested in good faith and is not for purposes of delay or prejudice to any other party.
3        As part of this motion, Defendant agrees to participate in any Rule 26(f) conference that
4  occurs during the pendency of this extension.
5        DATED this 17th day of October, 2022.

6  WRIGHT, FINLAY & ZAK, LLP    KIND LAW

7  */s/ Ramir M. Hernandez*    */s/ Michael Kind*
8  Ramir M. Hernandez, Esq.    Michael Kind, Esq.
   Nevada Bar No. 13146    Nevada Bar No. 13903
9  7785 W. Sahara Ave, Suite 200    8860 South Maryland Pkwy, Ste. 106
   Las Vegas, NV 89117    Las Vegas, NV 89123
10 *Attorney for Defendant, DIRECTV, LLC*

11                                            FREEDOM LAW FIRM
                                              Gerardo Avalos, Esq.
12                                            Nevada Bar No. 15171
                                              8985 S. Eastern Ave., Suite 350
13                                            Las Vegas, NV 89123
14                                            *Plaintiff, Jonalette Mallari*

15
16
17                                            IT IS SO ORDERED:
18
19                                            UNITED STATES MAGISTRATE JUDGE
20
21                                            DATED:  October 18, 2022
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I served the foregoing **JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** on the 17th day of October, 2022, to all parties on the CM/ECF service list.

/s/ Lisa Cox
An Employee of WRIGHT, FINLAY & ZAK, LLP