1   Diana G. Dickinson, Esq.
    Nevada Bar No. 13477
2   LITTLER MENDELSON, P.C.
    3960 Howard Hughes Parkway
3   Suite 300
    Las Vegas, Nevada 89169.5937
4   Telephone:    702.862.8800
    Fax No.:      702.862.8811
5   ddickinson@littler.com

6   *Attorney for Defendant*
    BACKGROUNDCHECKS.COM LLC
7

8                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
9

10  JONALETTE MALLARI,                    Case No. 2:22-cv-01365-CDS-DJA

11              Plaintiff,                **STIPULATION TO EXTEND TIME FOR
                                          DEFENDANT
12        v.                              BACKGROUNDCHECKS.COM LLC TO
                                          FILE RESPONSIVE PLEADING TO
13  NATIONAL CONSUMER TELECOM &           PLAINTIFF'S COMPLAINT**
    UTILITIES EXCHANGE, INC., COX
14  COMMUNICATIONS LAS VEGAS, INC.,       **[FIRST REQUEST]**
    AT&T SERVICES, INC. and
15  BACKGROUNDCHECKS.COM LLC,

16              Defendants.

17

18        Plaintiff    JONALETTE    MALLARI    ("Plaintiff")    and    Defendant

19  BACKGROUNDCHECKS.COM LLC ("Defendant"), by and through their undersigned counsel,

20  hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from

21  the current deadline of November 8, 2022, up to and including **December 8, 2022.**

22        The requested extension is necessary in light of the fact that Defendant's counsel was recently

23  retained.  The additional time will allow defense counsel to conduct a complete investigation into the

24  allegations and to prepare a response to the Complaint.

25  / / /

26

27  / / /

28

1    This is the first request for an extension of time to respond to the Complaint.  This request is

2    made in good faith and not for the purpose of delay.

3

4    Dated: November 8, 2022                              Dated: November 8, 2022

5    Respectfully submitted,                              Respectfully submitted,

6

7    /s/ Michael Kind, Esq.                               /s/ Diana G. Dickinson, Esq.
     MICHAEL KIND, ESQ.                                   DIANA G. DICKINSON, ESQ.
8    KIND LAW                                             LITTLER MENDELSON, P.C.

9    GEORGE HAINES, ESQ.                                  *Attorney for Defendant*
     GERARDO AVALOS, ESQ.                                 BACKGROUNDCHECKS.COM LLC
10   FREEDOM LAW FIRM, LLC

11   *Attorneys for Plaintiff*
     JONALETTE MALLARI

12

13                                                        **IT IS SO ORDERED.**

14                                                        Dated:  __11/9/2022_____

15

16

17                                                        _____
                                                          UNITED STATES MAGISTRATE JUDGE
     4876-7349-1261.1 / 107811-1023
18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800