```
1   Michael Kind, Esq.
    Nevada Bar No.: 13903
2
    **Kind Law**
3   8860 South Maryland Parkway, Suite 106
4   Las Vegas, Nevada 89123
5   (702) 337-2322
    (702) 329-5881 (fax)
6
    mk@kindlaw.com
7
    George Haines, Esq.
8   Nevada Bar No.: 9411
9   Gerardo Avalos, Esq.
    Nevada Bar No.: 15171
10
    **FREEDOM LAW FIRM**
11  8985 S. Eastern Ave., Suite 350
    Las Vegas, Nevada 89123
12
    (702) 880-5554
13  (702) 385-5518 (fax)
14  Ghaines@freedomlegalteam.com
    *Attorneys for Plaintiff Jonalette Mallari*
15
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jonalette Mallari,<br><br>         Plaintiff<br><br>     v.<br><br>National Consumer Telecom & Utilities Exchange, Inc., et al.,<br><br>         Defendants | Case No.: 2:22-cv-01365-CDS-DJA<br><br>**Stipulation for dismissal of National Consumer Telecom & Utilities Exchange, Inc. with prejudice** |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Jonalette Mallari and National Consumer Telecom & Utilities Exchange, Inc stipulate to

---

STIPULATION                              1

dismiss Plaintif's claims against National Consumer Telecom & Utilities Exchange, Inc. with prejudice. Each party will bear its own costs, disbursements, and attorney fees. The Clerk of Court may close this case.

Dated: May 11, 2023.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Jonalette Mallari*

**CLARK HILL PLLC**

/s/ Gia Marina
Gia Marina, Esq.
1700 S Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
*Counsel for National Consumer Telecom & Utilities Exchange, Inc*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED    May 12, 2023